UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JAMES CLOSE, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| JUSTINE "JB" SOSA, an individual and | § | 7:15-cv-00145-DAE |
| RICHARD PADILLA and CORBETTE PADILLA | § | |
| Husband and wife d/b/a STEAK 42, and | § | |
| MIDLAND MAJESTIC, LLC, a Texas | § | |
| Limited Liability Company, | § | |
| | § | |
| DEFENDANTS. | § | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Holly B. Williams and Naomi Cobb ("Movants") of Williams Law Firm, P.C., counsel for Defendants Justine "JB" Sosa, Richard Padilla and Corbette Padilla d/b/a Steak 42, and Midland Majestic, LLC ("Defendants"), file this Motion to Withdraw as Counsel, requesting permission to withdraw as Counsel for Defendants.

1.  There is good cause for this motion to withdraw as Defendants have notified Movants that they no longer desire for Movants to represent them.

2.  No attorney is to be substituted for Movants at this time. A copy of this Motion has been delivered to Defendants, who have been notified in writing via electronic mail and certified mail.

3.  The last known address and contact information of the Defendants is:

Justine "JB" Sosa
1206 Storey Ave
Midland, TX 79701-6005
jabe2005@yahoo.com
(432) 528-8769

Richard and Corbette Padilla
42 Lafayette PL
Midland, TX 79705-5322
(432) 704-5242
richpadilla75@yahoo.com

Midland Majestic, LLC
1106 N Big Spring St
Midland, TX 79701-3342
(432) 528-5902

  4. The pending settings and deadlines in this case are:

    a) All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 6(a)(2)(B) by February 10, 2016. Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by March 10, 2016. All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

    b) Objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

    c) The discovery deadline is May 2, 2016.

    d) All dispositive motions shall be filed by June 1, 2016.

    e) The case is not currently set for trial.

5.      This motion is not sought for the purpose of delay and should not result in a delay in the case at this early stage of the litigation.

WHEREFORE, Movants respectfully request that the Court enter an Order allowing them to withdraw from the above-styled cause, and for such other and further relief to which Movants may be justly and lawfully entitled.

Respectfully submitted,

By: /s/ Holly B. Williams
    Holly B. Williams
    Texas Bar No. 00788674
    Naomi Cobb
    Texas Bar No. 24094592

**WILLIAMS LAW FIRM, P. C.**
1209 W Texas Avenue
Midland, TX 79701-6173
432-682-7800
432-682-1112 (fax)
holly@williamslawpc.com
naomi@williamslawpc.com

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Mr. Ronald E. Stern, counsel for Plaintiff, on January 12, 2016, who advised that he does not oppose Counsels' Motion to Withdraw.

/s/ Holly B. Williams
Holly B. Williams

## **VERIFICATION**

STATE OF TEXAS            §
                          §
MIDLAND COUNTY            §

      Before me, the undersigned notary, on this day personally appeared Holly B. Williams, the affiant, a person whose identity is known to me.  After I administered an oath to her, she testified:

      "My name is Holly B. Williams.  I have read this motion.  The facts stated in it are within my personal knowledge and are true and correct."

                                          /s/ Holly B. Williams
                                          Holly B. Williams

      SWORN TO and SUBSCRIBED before me by Holly B. Williams on January 15, 2016.

                                          /s/ Cherie Oden
                                          Notary Public in and for the State of Texas
                                          My Commission Expires April 29, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

> Ronald E. Stern
> The Advocacy Law Firm, P.A.
> 1250 Hallandale Beach Boulevard, Suite 503
> Hallandale Beach, FL  330099
> ronsternlaw@gmail.com

I hereby certify that on January 15, 2016, I mailed the foregoing document via certified mail as follows:

Justine "JB" Sosa
1206 Storey Ave
Midland, TX 79701-6005

Richard and Corbette Padilla
42 Lafayette PL
Midland, TX 79705-5322

Midland Majestic, LLC
1106 N Big Spring St
Midland, TX 79701-3342

/s/ Holly B. Williams
　　Holly B. Williams